NO **B-04-044**

| | | |
|---|---|---|
| SYLVIA CHOLICK,<br>Plaintiff | (<br>(<br>(<br>(<br>(<br>( | IN THE SOUTHERN<br>DISTRICT OF THE<br>UNITED STATES<br>COURT |
| VS. | | MAR 0 5 2004 |
| VALLEY BAPTIST MEDICAL CENTER,<br>Defendant | | Michael N. Milby<br>Clerk of Court |

United States District Court
Southern District of Texas
FILED

# COMPLAINT
# Or
# PLAINTIFF'S ORIGINAL PETITION

SYLVIA CHOLICK, Plaintiff, complaining of VALLEY BAPTIS MEDICAL CENTER, Defendant, would respectfully show the following to wit:

1. Plaintiff is a resident of 810 North 21st Street, Harlingen, Texas 78550, in Cameron County. Defendant is a resident of Harlingen, Texas in Cameron County, and may be served with process at 2101 Pease Street, Harlingen, Texas, 78550, and to the attention of: Mr. Jim Sheffield.

2. Plaintiff seeks the damages provided by law for injuries inflicted upon her during the period of 1998 to the present during which time she was under the care and treatment of the Defendant for a tumor, an automobile accident, chest pain, breathing problems, vision problems, dangerously high blood pressure, dehydration and other stress-related conditions, as well as various bruises and contusions, and including wrist, knee, ankle, neck, and back pains.

3. Plaintiff was Defendant's patient and the Defendant owed to her a duty to exercise ordinary care and ordinary information regarding the diagnosis of and treatment of her condition. The Defendant intentionally altered, modified, destroyed and/or fabricated Plaintiff's medical records and medical history in violation of Plaintiff's Constitutional rights, and such conduct has proximately caused serious and grievous injuries to the Plaintiff. Since all the information and knowledge of exactly what happened is within the knowledge and under the control of the Defendant, Valley Baptist Medical Center, it is not possible for the Plaintiff to more specifically plead at this time. Following adequate discovery the Plaintiff will amend as may be necessary to more specifically plead the intentional acts, omissions and/or negligence of the Defendant.

4. As a result of the Defendant's intentional acts, omissions, and/or negligence the Plaintiff has suffered serious and permanent injuries.
They have caused and in all reasonable probability will continue to cause mental anguish and the resulting physical conditions for the balance of plaintiff's life.

Plaintiff has incurred and will incur substantial medical, hospital, drug, therapy and rehabilitation expenses which will all reasonable probability continue for the balance of her life.

5. It is not possible for Plaintiff to plead the exact amounts of these damages at this time but they will be pleaded at a later time as they can be determined and as may be required by the rules.

VENUE: All acts, destruction, omissions and/or negligence occurred in Cameron County, Texas, United States of America.

WHEREFORE, Plaintiff prays that the Defendant be cited to appear and answer herein; that upon final hearing he have judgment against the Defendant for an amount far in excess of the jurisdictional limits of this court;
For costs and interest, both prejudgment and postjudgment as provided by law; and for such other and further relief, both at law and in equity, to which he may be entitled.

By: *Sylvia Cholick*
ATTORNEY FOR PLAINTIFF, PRO SE
Sylvia Cholick
810 North 21st Street,
Harlingen, Texas 78550
(956) 440-7729 (phone and fax)

CERTIFICATE OF SERVICE

I certify that a true copy of this document has been sent by certified U.S. MAIL, or by hand delivery to the persons listed below on the 1st day of March, 2004.

Mr. Juan Barbosa, U.S. Dist. Clerk ✓
Federal Courthouse
600 E. Harrison
Brownsville, Texas 78520

Valley Baptist Medical Center —
Mr. Jim SHEFFIELD
2101 Pease Street
Harlingen, Texas 78550

*Sylvia Cholick*
ATTORNEY, PRO SE
810 N. 21st Street
Harlingen, Texas 78550
phone (956) 440-7729
fax (956) 440-7729