AO 440 (Rev. 10/93) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

MAR 1 8 2004

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District of Texas

SYLVIA CHOLICK, Plaintiff

V.

VALLEY BAPTIST MEDICAL CENTER, Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **B-04-044**

TO: (Name and address of Defendant)

VALLEY BAPTIST MEDICAL HOSPITAL / CENTER
To: JIM SPRINGFIELD
2101 Pease Street,
Harlingen, Texas 78520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SYLVIA CHOLICK, Pro Se
810 North 21st Street
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
CLERK

(By) DEPUTY CLERK

DATE 3/5/04

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Manuel M. Vela_
  _General Counsel VBHS_    _MV   3/17/04_

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
*Signature of Server*

_____
*Address of Server*

PROCESS SERVED AFFIDAVIT ATTACHED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **COUNTY: FEDERAL** | **CASE # B-04-044** | **COURT** |
| | Clt. Ref.# | Clt.# 9356 |

SYLVIA CHOLICK

VS
VALLEY BAPTIST MEDICAL CENTER

The documents came to hand for service on 03/17/04  Time: 14:00:00

Documents received for service:

**SUMMONS AND COMPLAINT**

The documents were delivered on **03/17/04  Time: 16:49:00**

Executed at: 2121 Pease St.
             Harlingen, TX 78550

to the following: **Valley Baptist Medical Hospital Center By Serving Jim Springfield, Accepted By Mr. Manuel Vela, Corporate Lawyer**

✓ _____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Indalecio Rojano, III_____, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____            Indalecio Rojano, III
                                  Professional Civil Process Brownsville
Witness Fee Tendered:_____     700 Paredes Ave. Suite 208
                                  Brownsville, Texas 78520
STATE OF TEXAS}
                        VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this _18th_ day of _March_ 200_4_.

PCP Inv. #R03040167

NOTARY PUBLIC FOR THE STATE OF TEXAS

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005