JULY 22, 2004

United States District Court
Southern District of Texas
FILED

JUL 26 2004

Michael N. Milby
Clerk of Court

Mr. Michael Milby, Clerk
UNITED STATES BANKRUPTCY COURT
600 E. Harrison #304
Brownsville, Texas 78520

Re: Case No. B-04-044
    Sylvia Cholick v. Valley Baptist Medical Center

Dear Mr. Milby:

Please find for filing the original of Plaintiff Cholick's
Motion FOR RELIEF FROM JUDGMENT OR
ORDER UNDER RULE 60(a) and Plaintiff Cholick's,
if relevant, MOTION TO ALTER OR AMEND
JUDGMENT UNDER RULE 59(a), (b), and (e).

I shall provide copies to counsel of record

Thank You,

Sincerely,
Sylvia Cholick
SYLVIA CHOLICK
PLAINTIFF, PROSE
810 N. 26t
Harlingen, Texas 78550

CERTIFICATE
OF SERVICE

I certify that a true and correct copy of
following pages 1 & 2 where mailed by
certified mail on this 23rd day of July 2004, Sylvia Cholick
SYLVIA CHOLICK, PRO SE

IN THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF TEXAS: BROWNSVILLE
DIVISION

SYLVIA CHOLICK,
   Plaintiff              (

                           (

V.                       (       CIVIL ACTION No. B-04-44

VALLEY BAPTIST MEDICAL CENTER,  (
    Defendant

MOTION FOR RELIEF FROM JUDGMENT OR ORDER
UNDER RULE 60(a) AND MOTION TO ALTER OR AMEND
JUDGMENT UNDER RULE 59(a),(b), and (e)

TO THE HONORABLE JUDGE OF SAID COURT:
    COME NOW Plaintiff Cholick, and files its MOTION
FOR RELIEF FROM JUDGMENT OR ORDER UNDER
RULE 60(a) AND MOTION TO ALTE OR AMEND
JUDGMENT OR DEFAULT DISMISSAL as IN
RULE 55, and would show the Court as follows:

I. Plaintiff's Complaint

[A] The Plaintiff complaints of mistake of Court Clerical
worker in timely providing document and date of
Pre-Trial Conference, which caused confusion
to Plaintiff as a PRO SE litigant. [Rule 60(a)]

[B] Plaintiff asks that if this is a default dismisal
[under Rule 55(a)] or the Effect of failure to Deny
[under Rule 8(d)] that RELIEF UNDER RULE
60(a) AND MOTION TO ALTER OR AMEND JUDGMENT
UNDER RULE 59(a),(b) and(c) BE CONSIDERED.

[C] All Pre-Trial Conferencing with attorney(s) took
place. Plaintiff feels that it may be dangerous
to her person unless a new Pre-Trial Conference
be Set.   II. Prayer.

                                   Sylvia Cholick
                                   SYLVIA CHOLICK, PRO SE