United States District Court
Southern District of Texas
FILED

NOV 2 9 2005

Michael N. Milby
Clerk of Court

